| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020
**Chapter 13 Case No. 19-13917-AMC**

KARIN R TOMASOVICH
105 WILSON ROAD
PHOENIXVILLE  PA    19460

Petition Filed Date: 06/19/2019
341 Hearing Date: 08/23/2019
Confirmation Date: 02/26/2020

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/07/2019 | $450.00 | 401913 | 09/03/2019 | $450.00 | 401675 | 10/04/2019 | $450.00 | 17687981049 |
| 11/12/2019 | $450.00 | 401754 | 12/11/2019 | $450.00 | 19047436534 | 01/23/2020 | $450.00 | 19064349759 |
| 02/25/2020 | $450.00 | 19072021630 | 06/11/2020 | $400.00 | 19108799288 | 07/28/2020 | $400.00 | 19126514814 |

**Total Receipts for the Period: $3,950.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $3,950.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 1 | BRANCH BANKING & TRUST CO<br>»»  001 | Mortgage Arrears | $20,215.42 | $0.00 | $20,215.42 |
| 2 | CHASE BANK USA NA<br>»»  002 | Unsecured Creditors | $3,346.13 | $0.00 | $3,346.13 |
| 3 | CHASE BANK USA NA<br>»»  003 | Unsecured Creditors | $2,992.29 | $0.00 | $2,992.29 |
| 4 | ASHLEY FUNDING SVCS LLC<br>»»  004 | Unsecured Creditors | $557.00 | $0.00 | $557.00 |
| 5 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»»  005 | Unsecured Creditors | $337.55 | $0.00 | $337.55 |
| 6 | CROWN ASSET MANAGEMENT LLC<br>»»  006 | Unsecured Creditors | $973.75 | $0.00 | $973.75 |
| 7 | CROWN ASSET MANAGEMENT LLC<br>»»  007 | Unsecured Creditors | $475.68 | $0.00 | $475.68 |
| 8 | ASHLEY FUNDING SVCS LLC<br>»»  008 | Unsecured Creditors | $557.00 | $0.00 | $557.00 |
| 9 | BAYVIEW LOAN SERVICING<br>»»  009 | Mortgage Arrears | $702.90 | $0.00 | $702.90 |
| 10 | LVNV FUNDING LLC<br>»»  010 | Unsecured Creditors | $3,523.47 | $0.00 | $3,523.47 |
| 11 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  011 | Unsecured Creditors | $3,799.23 | $0.00 | $3,799.23 |
| 0 | ZACHARY PERLICK ESQ | Attorney Fees | $3,520.00 | $3,224.25 | $295.75 |

**Chapter 13 Case No. 19-13917-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $3,950.00 | Current Monthly Payment: | $816.00 |
| Paid to Claims: | $3,224.25 | Arrearages: | $3,280.00 |
| Paid to Trustee: | $365.75 | Total Plan Base: | $45,582.00 |
| Funds on Hand: | $360.00 | | |

### NOTES:

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.