IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:    KARIN TOMASOVICH    :    CHAPTER 13
:
:
DEBTOR    :    BANKRUPTCY No. 19-13917

ORDER

AND NOW, this _____ day of _____, 2020, upon consideration of the Debtors' Motion to Abate Payments and Modify Plan Post-Confirmation, it is hereby ORDERED that said motion is GRANTED.

BY THE COURT:

*[signature]*

**Date: November 4, 2020**

THE HONORABLE ASHELY M. CHAN