| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
### Chapter 13 Case No. 19-13917-AMC

KARIN R TOMASOVICH
105 WILSON ROAD
PHOENIXVILLE  PA    19460

Petition Filed Date: 06/19/2019
341 Hearing Date: 08/23/2019
Confirmation Date: 02/26/2020

Case Status: Open / Unconfirmed

**RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED**

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/23/2020 | $450.00 | 19064349759 | 02/25/2020 | $450.00 | 19072021630 | 06/11/2020 | $400.00 | 19108799288 |
| 07/28/2020 | $400.00 | 19126514814 | 09/15/2020 | $400.00 | 19126515133 | 10/13/2020 | $300.00 | 19167018154 |
| 10/13/2020 | $500.00 | 19167018151 | 10/13/2020 | $500.00 | 19167018153 | 10/13/2020 | $500.00 | 19167018152 |
| 11/03/2020 | $450.00 | 19167018349 | 01/05/2021 | $400.00 | 19188807958 | 01/05/2021 | $500.00 | 19188807957 |
| 03/18/2021 | $900.00 | | 04/12/2021 | $450.00 | | 05/03/2021 | $450.00 | |
| 06/01/2021 | $450.00 | | | | | | | |

**Total Receipts for the Period: $7,500.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $9,750.00**

**DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED**

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 1 | BRANCH BANKING & TRUST CO<br>»» 001 | Mortgage Arrears | $20,215.42 | $4,362.56 | $15,852.86 |
| 2 | CHASE BANK USA NA<br>»» 002 | Unsecured Creditors | $3,346.13 | $0.00 | $3,346.13 |
| 3 | CHASE BANK USA NA<br>»» 003 | Unsecured Creditors | $2,992.29 | $0.00 | $2,992.29 |
| 4 | ASHLEY FUNDING SVCS LLC<br>»» 004 | Unsecured Creditors | $557.00 | $0.00 | $557.00 |
| 5 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»» 005 | Unsecured Creditors | $337.55 | $0.00 | $337.55 |
| 6 | CROWN ASSET MANAGEMENT LLC<br>»» 006 | Unsecured Creditors | $973.75 | $0.00 | $973.75 |
| 7 | CROWN ASSET MANAGEMENT LLC<br>»» 007 | Unsecured Creditors | $475.68 | $0.00 | $475.68 |
| 8 | ASHLEY FUNDING SVCS LLC<br>»» 008 | Unsecured Creditors | $557.00 | $0.00 | $557.00 |
| 9 | COMMUNITY LOAN SERVICING LLC<br>»» 009 | Mortgage Arrears | $702.90 | $151.69 | $551.21 |
| 10 | LVNV FUNDING LLC<br>»» 010 | Unsecured Creditors | $3,523.47 | $0.00 | $3,523.47 |
| 11 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 011 | Unsecured Creditors | $3,799.23 | $0.00 | $3,799.23 |
| 0 | ZACHARY PERLICK ESQ | Attorney Fees | $3,520.00 | $3,520.00 | $0.00 |
| 0 | ZACHARY PERLICK ESQ | Attorney Fees | $500.00 | $500.00 | $0.00 |

**Chapter 13 Case No. 19-13917-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $9,750.00 | Current Monthly Payment: | $605.00 |
| Paid to Claims: | $8,534.25 | Arrearages: | $620.00 |
| Paid to Trustee: | $810.75 | Total Plan Base: | $46,670.00 |
| Funds on Hand: | $405.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.