```
               IN THE UNITED STATES BANKRUPTCY COURT
             FOR THE EASTERN DISTRICT OF PENNSYLVANIA


IN RE:    KARIN TOMASOVICH    :    CHAPTER 13
                              :
                              :
          DEBTOR              :    BANKRUPTCY No. 19-13917

                           ORDER
```

AND NOW, this _____ day of _____, 2022, upon consideration of the Debtors' Motion to Abate Payments and Modify Plan Post-Confirmation, it is hereby ORDERED that said motion is GRANTED.

BY THE COURT:

**Date: April 27, 2022**

_____
THE HONORABLE ASHELY M. CHAN