**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| IN RE: | KARIN TOMASOVICH | : | CHAPTER 13 |
| | | : | |
| | | : | |
| | DEBTOR | : | BANKRUPTCY No. 19-13917 AMC |

**SUPPLEMENTAL ORDER TO ALLOW COUNSEL FEES**

Upon consideration of the foregoing application, and upon notice, opportunity for hearing, and certification of no objection, counsel fees are allowed in the following amounts:

Total fee and costs award:          $500.00
Net amount to be paid by the Trustee     $500.00

BY THE COURT:

_____
THE HONORABLE ASHELY M. CHAN

**Date: May 17, 2022**

Dated:_____

cc:   Scott F. Waterman, Trustee
      Via electronic mail

      Zachary Perlick, Esquire
      Via electronic mail

      Debtor