United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                              Case No. 19-13917-amc

Karin R Tomasovich                                                     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: May 17, 2022 | Form ID: pdf900 | Total Noticed: 8 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 19, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Karin R Tomasovich, 105 Wilson Road, Phoenixville, PA 19460-1516 |
| cr | + | U.S. Bank Trust National Association, not in its i, Robertson, Anschutz, Schneid, Crane & Pa, 130 Clinton Rd #202, Fairfield, NJ 07004-2927 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: bankruptcy@bbandt.com | May 17 2022 23:57:00 | BB&T, PO Box 1847, Wilson, NC 27894-1847 |
| cr | + | Email/Text: bankruptcy@bbandt.com | May 17 2022 23:57:00 | BB&T now Truist, P.O. Box 1847, 100-50-01-51, Wilson, NC 27894-1847 |
| cr | | Email/PDF: resurgentbknotifications@resurgent.com | May 18 2022 00:00:23 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| cr | + | Email/PDF: gecsedi@recoverycorp.com | May 18 2022 00:00:17 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: bankruptcy@bbandt.com | May 17 2022 23:57:00 | Truist Bank, PO Box 1847, Wilson, NC 27894-1847 |
| cr | + | Email/Text: RASEBN@raslg.com | May 17 2022 23:57:00 | U.S. Bank Trust National Association, Robertson, Anschutz, Schneid, Crane & Pa, 10700 Abbotts Bridge Rd., Suite 170, Duluth, GA 30097-8461 |

TOTAL: 6

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 19, 2022                      Signature:          /s/Gustava Winters

District/off: 0313-2                          User: admin                                Page 2 of 2
Date Rcvd: May 17, 2022                       Form ID: pdf900                         Total Noticed: 8

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 17, 2022 at the address(es) listed below:**

| Name | Email Address |
|------|---------------|
| CHARLES GRIFFIN WOHLRAB | on behalf of Creditor U.S. Bank Trust National Association cwohlrab@raslg.com |
| CHARLES GRIFFIN WOHLRAB | on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity but solely as owner trustee for RCF 2 Acquisition Trust c/o U.S. Bank Trust National Association cwohlrab@raslg.com |
| REBECCA ANN SOLARZ | on behalf of Creditor Community Loan Servicing  LLC bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com |
| REBECCA ANN SOLARZ | on behalf of Creditor BAYVIEW LOAN SERVICING  LLC bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com |
| SCOTT F. WATERMAN (Chapter 13) | ECFMail@ReadingCh13.com |
| Scott F Waterman | on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| ZACHARY PERLICK | on behalf of Debtor Karin R Tomasovich Perlick@verizon.net  pireland1@verizon.net |

TOTAL: 8

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:      KARIN TOMASOVICH      :      CHAPTER 13
                                                  :
                                                  :
            DEBTOR                      :      BANKRUPTCY No. 19-13917 AMC

## SUPPLEMENTAL ORDER TO ALLOW COUNSEL FEES

Upon consideration of the foregoing application, and upon notice, opportunity for hearing, and certification of no objection, counsel fees are allowed in the following amounts:

Total fee and costs award:                    $500.00
Net amount to be paid by the Trustee          $500.00

BY THE COURT:

_____
THE HONORABLE ASHELY M. CHAN

**Date: May 17, 2022**

Dated:_____

cc:   Scott F. Waterman, Trustee
      Via electronic mail

      Zachary Perlick, Esquire
      Via electronic mail

      Debtor