Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022  
**Chapter 13 Case No. 19-13917-AMC**

KARIN R TOMASOVICH  
105 WILSON ROAD  
PHOENIXVILLE  PA    19460

Petition Filed Date: 06/19/2019  
341 Hearing Date: 08/23/2019  
Confirmation Date: 02/26/2020

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/12/2021 | $450.00 | | 05/03/2021 | $450.00 | | 06/01/2021 | $450.00 | |
| 07/12/2021 | $500.00 | | 08/09/2021 | $500.00 | | 09/10/2021 | $500.00 | |
| 02/01/2022 | $2,750.00 | 5304 | 04/27/2022 | $641.00 | | 06/10/2022 | $610.00 | |

**Total Receipts for the Period: $6,851.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $15,251.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | BRANCH BANKING & TRUST CO<br>»» 001 | Mortgage Arrears | $20,215.42 | $9,132.63 | $11,082.79 |
| 2 | CHASE BANK USA NA<br>»» 002 | Unsecured Creditors | $3,346.13 | $0.00 | $3,346.13 |
| 3 | CHASE BANK USA NA<br>»» 003 | Unsecured Creditors | $2,992.29 | $0.00 | $2,992.29 |
| 4 | ASHLEY FUNDING SVCS LLC<br>»» 004 | Unsecured Creditors | $557.00 | $0.00 | $557.00 |
| 5 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»» 005 | Unsecured Creditors | $337.55 | $0.00 | $337.55 |
| 6 | CROWN ASSET MANAGEMENT LLC<br>»» 006 | Unsecured Creditors | $973.75 | $0.00 | $973.75 |
| 7 | CROWN ASSET MANAGEMENT LLC<br>»» 007 | Unsecured Creditors | $475.68 | $0.00 | $475.68 |
| 8 | ASHLEY FUNDING SVCS LLC<br>»» 008 | Unsecured Creditors | $557.00 | $0.00 | $557.00 |
| 9 | SELENE FINANCE LP<br>»» 009 | Mortgage Arrears | $702.90 | $317.54 | $385.36 |
| 10 | LVNV FUNDING LLC<br>»» 010 | Unsecured Creditors | $3,523.47 | $0.00 | $3,523.47 |
| 11 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 011 | Unsecured Creditors | $3,799.23 | $0.00 | $3,799.23 |
| 0 | ZACHARY PERLICK ESQ | Attorney Fees | $3,520.00 | $3,520.00 | $0.00 |
| 0 | ZACHARY PERLICK ESQ | Attorney Fees | $500.00 | $500.00 | $0.00 |
| 0 | ZACHARY PERLICK ESQ | Attorney Fees | $500.00 | $500.00 | $0.00 |

**Chapter 13 Case No. 19-13917-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $15,251.00 | Current Monthly Payment: | $641.00 |
| Paid to Claims: | $13,970.17 | Arrearages: | $1,313.00 |
| Paid to Trustee: | $1,280.83 | Total Plan Base: | $46,691.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.