UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| **In re:**<br><br>**Karin R Tomasovich**<br>        Debtor<br><br>**U.S. Bank Trust National Association, not in its individual capacity but solely as owner trustee for RCF 2 Acquisition Trust c/o U.S. Bank Trust National Association**<br>        Movant<br><br>v.<br><br>**Karin R Tomasovich**<br>         Debtor/Respondent<br><br>**Scott F. Waterman, Esquire**<br>        Trustee/Respondent | **Bankruptcy No. 19-13917-amc**<br><br>**Chapter 13** |

## ORDER APPROVING STIPULATION RESOLVING MOTION FOR RELIEF

AND NOW, this ___ day of _____, 2022, upon consideration of the foregoing Stipulation Resolving Motion for Relief from Stay, it is hereby ORDERED that the Stipulation is approved.

**Date: October 11, 2022**

_____
ASHELY M. CHAN
U.S. Bankruptcy Judge