United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 19-13917-amc

Karin R Tomasovich  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 2

Date Rcvd: Oct 11, 2022      Form ID: pdf900      Total Noticed: 12

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 13, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Karin R Tomasovich, 105 Wilson Road, Phoenixville, PA 19460-1516 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Oct 12 2022 09:27:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 12 2022 09:27:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | | Email/Text: bankruptcy@bbandt.com | Oct 12 2022 09:27:00 | BB&T, PO Box 1847, Wilson, NC 27894-1847 |
| cr | + | Email/Text: bankruptcy@bbandt.com | Oct 12 2022 09:27:00 | BB&T now Truist, P.O. Box 1847, 100-50-01-51, Wilson, NC 27894-1847 |
| cr | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 12 2022 09:33:42 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| cr | + | Email/PDF: gecsedi@recoverycorp.com | Oct 12 2022 09:33:32 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: bankruptcy@bbandt.com | Oct 12 2022 09:27:00 | Truist Bank, PO Box 1847, Wilson, NC 27894-1847 |
| cr | + | Email/Text: RASEBN@raslg.com | Oct 12 2022 09:27:00 | U.S. Bank Trust National Association, Robertson, Anschutz, Schneid, Crane & Pa, 10700 Abbotts Bridge Rd., Suite 170, Duluth, GA 30097-8461 |
| cr | + | Email/Text: RASEBN@raslg.com | Oct 12 2022 09:27:00 | U.S. Bank Trust National Association, not in its i, Robertson, Anschutz, Schneid, Crane & Pa, 130 Clinton Rd #202, Fairfield, NJ 07004-2927 |
| 14653125 | + | Email/Text: bkteam@selenefinance.com | Oct 12 2022 09:27:00 | U.S. Bank Trust National Association, Selene Finance, LP, 3501 Olympus Blvd., Ste 500, Attn: BK Dept, Dallas, TX 75019-6295 |
| 14687388 | + | Email/Text: RASEBN@raslg.com | Oct 12 2022 09:27:00 | U.S. Bank Trust National Association, c/o Charles Wohlrab, Esq, 130 Clinton Rd #202, Fairfield, NJ 07004-2927 |

TOTAL: 11

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

District/off: 0313-2 | User: admin | Page 2 of 2
Date Rcvd: Oct 11, 2022 | Form ID: pdf900 | Total Noticed: 12

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 13, 2022        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 11, 2022 at the address(es) listed below:

**Name** | **Email Address**

BRIAN CRAIG NICHOLAS
    on behalf of Creditor BAYVIEW LOAN SERVICING  LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com

BRIAN CRAIG NICHOLAS
    on behalf of Creditor Community Loan Servicing  LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com

CHARLES GRIFFIN WOHLRAB
    on behalf of Creditor U.S. Bank Trust National Association cwohlrab@raslg.com

CHARLES GRIFFIN WOHLRAB
    on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity but solely as owner trustee for RCF 2 Acquisition Trust c/o U.S. Bank Trust National Association cwohlrab@raslg.com

SCOTT F. WATERMAN (Chapter 13)
    ECFMail@ReadingCh13.com

Scott F Waterman
    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

ZACHARY PERLICK
    on behalf of Debtor Karin R Tomasovich Perlick@verizon.net  pireland1@verizon.net

TOTAL: 8

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

| | |
|---|---|
| **In re:** <br><br> **Karin R Tomasovich** <br>　　　**Debtor** <br><br> **U.S. Bank Trust National Association, not in its individual capacity but solely as owner trustee for RCF 2 Acquisition Trust c/o U.S. Bank Trust National Association** <br>　　　**Movant** <br><br> **v.** <br><br> **Karin R Tomasovich** <br>　　　**Debtor/Respondent** <br><br> **Scott F. Waterman, Esquire** <br>　　　**Trustee/Respondent** | **Bankruptcy No. 19-13917-amc** <br><br> **Chapter 13** |

**ORDER APPROVING STIPULATION RESOLVING MOTION FOR RELIEF**

AND NOW, this ___ day of _____, 2022, upon consideration of the foregoing Stipulation Resolving Motion for Relief from Stay, it is hereby ORDERED that the Stipulation is approved.

**Date: October 11, 2022**

_____
ASHELY M. CHAN
U.S. Bankruptcy Judge