United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Karin R Tomasovich  
    Debtor

Case No. 19-13917-amc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 3  
Date Rcvd: Oct 19, 2022      Form ID: pdf900      Total Noticed: 26

The following symbols are used throughout this certificate:  
**Symbol    Definition**  
+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 21, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Karin R Tomasovich, 105 Wilson Road, Phoenixville, PA 19460-1516 |
| 14370523 | + | BAYVIEW LOAN SERVICING, LLC, c/o Rebecca A Solarz, Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14370674 | + | BAYVIEW LOAN SERVICING, LLC c/o Rebecca A. Solarz,, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14344198 | | Bayview Loan Servicing, POB 6550091, Dallas, TX 75265-0091 |
| 14344199 | + | Branch Banking and Trust Comp., 111 Millport Circle, Greenville, SC 29607-5562 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Oct 20 2022 00:09:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 20 2022 00:09:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | | Email/Text: bankruptcy@bbandt.com | Oct 20 2022 00:09:00 | BB&T, PO Box 1847, Wilson, NC 27894-1847 |
| cr | + | Email/Text: bankruptcy@bbandt.com | Oct 20 2022 00:09:00 | BB&T now Truist, P.O. Box 1847, 100-50-01-51, Wilson, NC 27894-1847 |
| cr | + | Email/Text: bankruptcy@bbandt.com | Oct 20 2022 00:09:00 | Truist Bank, PO Box 1847, Wilson, NC 27894-1847 |
| cr | + | Email/Text: RASEBN@raslg.com | Oct 20 2022 00:09:00 | U.S. Bank Trust National Association, Robertson, Anschutz, Schneid, Crane & Pa, 10700 Abbotts Bridge Rd., Suite 170, Duluth, GA 30097-8461 |
| cr | + | Email/Text: RASEBN@raslg.com | Oct 20 2022 00:09:00 | U.S. Bank Trust National Association, not in its i, Robertson, Anschutz, Schneid, Crane & Pa, 130 Clinton Rd #202, Fairfield, NJ 07004-2927 |
| 14359324 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 20 2022 00:21:19 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14516539 | + | Email/Text: bankruptcy@bbandt.com | Oct 20 2022 00:09:00 | BB&T Now Truist, PO Box 1847, Wilson, NC 27894-1847 |
| 14350431 | + | Email/Text: bankruptcy@bbandt.com | Oct 20 2022 00:09:00 | BB&T, Bankruptcy Section, 100-50-01-51, PO Box 1847, Wilson, NC 27894-1847 |
| 14379504 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | Oct 20 2022 00:09:00 | Bayview Loan Servicing, LLC, 4425 Ponce de Leon Blvd, 5th Floor, Coral Gables, FL 33146-1839 |
| 14552804 | + | Email/Text: nsm_bk_notices@mrcooper.com | Oct 20 2022 00:09:00 | Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gable, FL 33146-1839 |
| 14358648 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | | |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 19, 2022 | Form ID: pdf900 | Total Noticed: 26 |

| | | | |
|---|---|---|---|
| | | Oct 20 2022 00:09:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., JPMC, c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 14428068 | Email/PDF: resurgentbknotifications@resurgent.com | Oct 20 2022 00:21:19 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 14365298 | + Email/Text: bankruptcydpt@mcmcg.com | Oct 20 2022 00:09:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14380172 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 20 2022 00:21:26 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14377159 | Email/Text: bnc-quantum@quantum3group.com | Oct 20 2022 00:09:00 | Quantum3 Group LLC as agent for, Crown Asset Management LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14379888 | + Email/PDF: gecsedi@recoverycorp.com | Oct 20 2022 00:21:23 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 14344690 | + Email/PDF: gecsedi@recoverycorp.com | Oct 20 2022 00:21:26 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14653125 | + Email/Text: bkteam@selenefinance.com | Oct 20 2022 00:09:00 | U.S. Bank Trust National Association, Selene Finance, LP, 3501 Olympus Blvd., Ste 500, Attn: BK Dept, Dallas, TX 75019-6295 |
| 14687388 | + Email/Text: RASEBN@raslg.com | Oct 20 2022 00:09:00 | U.S. Bank Trust National Association, c/o Charles Wohlrab, Esq, 130 Clinton Rd #202, Fairfield, NJ 07004-2927 |

TOTAL: 21

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | * | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| cr | *+ | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14358949 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., JPMC, c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 21, 2022                Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 19, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|

District/off: 0313-2 | User: admin | Page 3 of 3
Date Rcvd: Oct 19, 2022 | Form ID: pdf900 | Total Noticed: 26

BRIAN CRAIG NICHOLAS
    on behalf of Creditor BAYVIEW LOAN SERVICING LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com

BRIAN CRAIG NICHOLAS
    on behalf of Creditor Community Loan Servicing LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com

CHARLES GRIFFIN WOHLRAB
    on behalf of Creditor U.S. Bank Trust National Association cwohlrab@raslg.com

CHARLES GRIFFIN WOHLRAB
    on behalf of Creditor U.S. Bank Trust National Association not in its individual capacity but solely as owner trustee for RCF 2 Acquisition Trust c/o U.S. Bank Trust National Association cwohlrab@raslg.com

SCOTT F. WATERMAN (Chapter 13)
    ECFMail@ReadingCh13.com

Scott F Waterman
    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

ZACHARY PERLICK
    on behalf of Debtor Karin R Tomasovich Perlick@verizon.net pireland1@verizon.net

TOTAL: 8

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    KARIN R TOMASOVICH<br><br>                  Debtor | Chapter 13<br><br>Bankruptcy No. 19-13917-AMC |

### ORDER DISMISSING CHAPTER 13 CASE

AND NOW, after notice and hearing, it is ORDERED that the case is DISMISSED.

IT IS FURTHER ORDERED that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor's plan shall be refunded to the Debtor unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

IT IS FURTHER ORDERED that any wage order entered in this case is hereby TERMINATED and the employer shall cease wage withholding immediately.

**Date: October 19, 2022**

_____
ASHELY M. CHAN
U.S. BANKRUPTCY JUDGE